IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD TERRY MOORE, | ) |
| Petitioner, | ) |
| | ) NO. 3:06-0333 |
| v. | ) JUDGE HAYNES |
| GLEN TURNER, Warden, | ) |
| Respondent. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Respondent's renewed motion to dismiss (Docket Entry No. 14) is **DENIED without prejudice** to renew after an evidentiary hearing. The evidentiary hearing is set for **Friday, November 16, 2007 at 9:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the 27th day of September, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge

5