IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD TERRY MOORE, | ) |
| Petitioner, | ) NO. 3:06-00333 |
| | ) JUDGE HAYNES |
| RICKY BELL, Warden, | ) |
| Respondent. | ) |

### ORDER

In accordance with the Memorandum filed herewith, the Petitioner's petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED with prejudice**. The Petitioner has ten (10) days from the entry of this Order to file his statement of a Certificate of Appealibility under 28 U.S.C. §2253(c).

It is so **ORDERED**.

ENTERED this the 29th day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge